September 26, 1969

Mace, Appellant, *v.* Mace.

Argued September 10, 1969. *W. J. Krencewicz,* for appellant; *H. G. Stutzman,* with him *A. W. McMichael,* for appellee.

OPINION PER CURIAM: And now this 26th day of September in view of misunderstanding of counsel for the plaintiff in the above case the order of the lower court dated March 31, 1969 is vacated, the complaint reinstated and the record is remanded for a rehearing de novo, as originally directed by the court below.

SPAULDING, J., absent.